IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**STARLISHA SHORTER PARSON**            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO. 5:08cv195DCB-JMR**

**DENNIS A. WILSON, SUPER SERVICE, INC,
AND GAINEY CORPORATION**            **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court, being advised that Plaintiff Starlisha Shorter Parson has decided to voluntarily dismiss Gainey Corporation, one of the defendants herein, with prejudice, finds that all claims asserted against Gainey Corporation be dismissed with prejudice from this action.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of Plaintiff against Defendant Gainey Corporation are hereby dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the  23rd  day of July, 2008

                                                 **s/ David Bramlette**
                                             UNITED STATES DISTRICT JUDGE

AGREED and APPROVED:


 *s/ Roy H. Liddell*
Roy H. Liddell (MSB # 1252)
J. Spence Young (MSB #102562)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi  39205-0131
Tel: (601) 605-6900
Fax: (601) 605-6901

**Counsel for Gainey Corporation**


 *s/ Clyde E. Ellis*
Clyde E. Ellis (MSB# )
ELLIS and ELLIS
1212 Farmer Street
Vicksburg, Mississippi 39183
Tel:  (601) 638-0353
Fax: (601) 638-9904

**Counsel for Starlisha Shorter Parson**