IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STARLISHA PARSON                                            PLAINTIFF

VERSUS                           CIVIL ACTION NO. 5:08cv195DCB-JMR

DENNIS WILSON                                               DEFENDANT

## ORDER

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed by Defendant on October 17, 2008. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 12th day of November, 2008

*S/ John M Roper*
UNITED STATES MAGISTRATE JUDGE